IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID LEE ATKINSON,

        Petitioner,

    v.

JEAN HILL,

        Respondent.

Civil No. 08-700-AA

ORDER

AIKEN, District Judge.

    Petitioner's Motion for Leave to Amend Pro Se Petition (#16) is allowed. Petitioner is allowed 30 days from the date of this order to file an amended petition. However, petitioner is advised that he may not file another proceeding challenging the same April 2, 2003, parole decision at issue in 06-1463-PK. If petitioner's amended petition constitutes a challenge to that decision, it will be dismissed as an improper duplicate proceeding.

    Petitioner is advised that failure to file an amended petition within 30 days of the date of this order will result in the dismissal of this proceeding for failure to prosecute and as an improper duplicate proceeding.

1 - ORDER

Respondent's Motion to Dismiss (#16) is denied without prejudice.

DATED this __8__ day of April, 2009.

                                      /s/ Ann Aiken
                                      Ann Aiken
                                      United States Magistrate Judge